IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

JUSTIN WESLEY KENNEDY,

    Petitioner,

                                                                  No. 3:17-cv-00161-DRH-CJP

Warden,

    Respondent.

## MEMORANDUM and ORDER

**HERNDON, District Judge:**

Before the Court is petitioner Justin Kennedy's ("petitioner") Motion for Leave to Appeal in Forma Pauperis. [Doc. 19]. On November 27, 2017, the Court dismissed Kennedy's petition for writ of habeas corpus pursuant to 28 USC 2241. [Doc. 16]. The Clerk of the Court entered judgment on November 30, 2017. [Doc. 17]. On December 20, 2017 petitioner filed a notice of appeal and the aforementioned motion. Based on the following, the Court **DENIES** the motion to proceed in *forma pauperis* on appeal. [Doc. 19].

In evaluating petitioner's motion to appeal IFP, the Court must determine whether the appeal is taken in good faith. As to the good faith requirement, the Court must "find that a reasonable person could suppose that the appeal has some merit." *Walker v. O'Brien*, 216 F.3d 626, 632 (7th Cir. 2000); *Lee v. Clinton*, 209 F.3d 1025, 1026 (7th Cir. 2000). "[A]n appeal in a frivolous suit cannot be 'in good faith' under § 1915(a)(3), because 'good faith' must be viewed

1

objectively." *Moran v. Sondalle*, 218 F.3d 647, 650 (7th Cir. 2000). *See also Lee*, 209 F.3d at 1026; *Tolefree v. Cudahy*, 49 F.3d 1243, 1244 (7th Cir. 1995) ("[T]he granting of leave to appeal in forma pauperis from the dismissal of a *frivolous* suit is presumptively erroneous and indeed self-contradictory.")

As to the case at hand, no reasonable person could reach the conclusion that the appeal is taken in good faith as the Court found the basis of Kennedy's petition meritless as he voluntarily waived his right to file a collateral attack as part of his plea agreement. Additionally, his claims of ineffective assistance of counsel are frivolous as the claims are barred as petitioner already raised the issue unsuccessfully in his denied section 2255 petition.

**IT IS HEREBY ORDERED** that petitioner's motion for leave to proceed in *forma pauperis* on appeal (Doc. 19) is **DENIED**. Petitioner Kennedy shall tender the appellate filing and docketing fee of $505.00 to the Clerk of the Court in this District within **THIRTY** (30) days of the date of the entry of this Order or he may reapply with the Seventh Circuit Court of Appeals for leave to proceed in *forma pauperis* on appeal.

**IT IS SO ORDERED.**

Judge Herndon
2018.01.22
11:22:51 -06'00'

**United States District Judge**

2